### (August 4, 1942.)

In the Matter of the Application of HARRY BOYARSKY, Appellant, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City

of New York, for an Order Dismissing the Objections to the Designating Petition of HARRY BOYARSKY Designating Him for the Office of Representative in Congress, 7th Congressional District, County of Kings, City and State of New York, on the American Labor Party Ticket, and for an Order Placing His Name on the Ballot in the Place Designated for Said Office, and HARRY SCHEPPS, Objector, Respondents.— Order denying appellant's motion to dismiss objections to the petition designating him for the office of representative in Congress, 7th Congressional District, Kings county, and for other relief, affirmed, without costs. (See *Matter of McElroy* v. *Cohen*, 286 N. Y. 686; *Matter of Lieblich* v. *Cohen*, Id. 559; *Matter of Crosbie* v. *Cohen*, 281 id. 329.) Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.